SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
MICHAEL J. CHILLEEN, Cal. Bar No. 210704
mchilleen@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:   714.513.5100
Facsimile:   714.513.5130

QUARLES & BRADY LLP
LAUREN ELLIOTT STINE
lauren.stine@quarles.com
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona  85004
Telephone:   602.229.5200
Facsimile:   602.229.5690

Attorneys for Defendant,
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals with Disabilities, LLC and David Ritzenthaler,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>Defendants. | Case No. 2:16-CV-01002-ROS<br><br>**HOME DEPOT USA, INC.'S DEMAND FOR JURY TRIAL** |

Defendant Home Depot USA, Inc. (hereinafter "Defendant"), by and through undersigned counsel, hereby demands a trial by jury on all issues in this case so triable.

///

QB\460788.00002\39550292.1

1  ///

2  RESPECTFULLY SUBMITTED this 18th day of April, 2016.

3  SHEPPARD, MULLIN, RICHTER &
   HAMPTON LLP
4  A Limited Liability Partnership
   Including Professional Corporations
5  650 Town Center Drive, 4th Floor
   Costa Mesa, California 92626-1993

6  

7  QUARLES & BRADY LLP
   Renaissance One
   Two North Central Avenue
8  Phoenix, AZ  85004-2391

9  By /s/ Lauren Elliott Stine
       Lauren Elliott Stine
10 

11 *Attorneys for Defendant HOME DEPOT USA, INC.*

-2-

QB\460788.00002\39550292.1

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant, and mailed a copy of same to the following if non-registrants, this 18th day of April 2016:

> Peter Strojnik
> Strojnik P.C.
> 7373 E. Doubletree Ranch, Suite B-165
> Scottsdale, Arizona  85258
> *Attorneys for Plaintiff*

/s/ Debra L. Hitchens

QB\460788.00002\39550292.1