1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   GREGORY F. HURLEY, Cal. Bar No. 126791
3  ghurley@sheppardmullin.com
   MICHAEL J. CHILLEEN, Cal. Bar No. 210704
4  mchilleen@sheppardmullin.com
   650 Town Center Drive, 4th Floor
5  Costa Mesa, California 92626-1993
   Telephone:    714.513.5100
6  Facsimile:    714.513.5130

7  QUARLES & BRADY LLP
   LAUREN ELLIOTT STINE
8  lauren.stine@quarles.com
   One Renaissance Square
9  Two North Central Avenue
   Phoenix, Arizona  85004
10 Telephone:    602.229.5200
   Facsimile:    602.229.5690
11
   Attorneys for Defendant,
12 HOME DEPOT USA, INC.

13

14                IN THE UNITED STATES DISTRICT COURT

15                     FOR THE DISTRICT OF ARIZONA

16 | Advocates for Individuals with Disabilities, | Case No. 2:16-CV-01002-ROS
17 | LLC and David Ritzenthaler,                  | **NOTICE OF SERVICE OF DISCOVERY RESPONSES**
18 |              Plaintiff,                      |
19 |        v.                                    |
20 | HOME DEPOT USA, INC.,                        |
21 |              Defendants.                     |

SMRH:476780588.1

1. Notice is hereby given that on April 22, 2016, Defendant Home Depot USA, Inc., served its Responses to Plaintiffs Advocates for Individuals with Disabilities, LLC and David Ritzenthaler's Discovery Request No. 1, by U.S.PS. First Class Mail on Plaintiffs at the following address:

Peter Strojnik
Strojnik P.C.
7373 E. Doubletree Ranch, Suite B-165
Scottsdale, Arizona 85258
Telephone: 774-768-2234

RESPECTFULLY SUBMITTED this 21st day of April, 2016.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993

QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

By /s/ *Michael J. Chilleen*
    Michael J. Chilleen

*Attorneys for Defendant HOME DEPOT USA, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant, and mailed a copy of same to the following if non-registrants, this 22nd day of April 2016:

>Peter Strojnik
>Strojnik P.C.
>7373 E. Doubletree Ranch, Suite B-165
>Scottsdale, Arizona  85258
>*Attorneys for Plaintiff*

/s/ Michael J. Chilleen

SMRH:476780588.1