1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2     Including Professional Corporations
   GREGORY F. HURLEY, Cal. Bar No. 126791
3   ghurley@sheppardmullin.com
   MICHAEL J. CHILLEEN, Cal. Bar No. 210704
4   mchilleen@sheppardmullin.com
   650 Town Center Drive, 4ᵗʰ Floor
5  Costa Mesa, California 92626-1993
   Telephone:  714.513.5100
6  Facsimile:   714.513.5130

7  QUARLES & BRADY LLP
   LAUREN ELLIOTT STINE
8   lauren.stine@quarles.com
   One Renaissance Square
9  Two North Central Avenue
   Phoenix, Arizona  85004
10 Telephone:  602.229.5200
   Facsimile:   602.229.5690
11
   Attorneys for Defendant,
12 HOME DEPOT USA, INC.

13

14               IN THE UNITED STATES DISTRICT COURT

15                  FOR THE DISTRICT OF ARIZONA

16 | Advocates for Individuals with | Case No. 2:16-CV-01002-ROS
17 | Disabilities, LLC and David | **HOME DEPOT USA, INC.'S**
   | Ritzenthaler, | **NOTICE OF SUPPLEMENTAL**
18 | | **AUTHORITY IN SUPPORT OF**
   |            Plaintiff, | **MOTION FOR CONSOLIDATION**
19 |
20 |            v. |
   | HOME DEPOT USA, INC., |
21 |
   |            Defendants. | **Courtroom:  504**
22 |
23 |
24 |
25 |
26 |

SMRH:478991602.1                        -1-

1    Defendant Home Depot USA, Inc. ("Defendant") hereby provides this notice
2   of supplemental authority to advise the Court of new developments that may bear
3   on the Court's consideration of Defendant's pending motion to consolidate the
4   lawsuits at issue.  The Arizona Attorney General's office has moved to intervene in
5   a similar form ADA action filed by Plaintiff Advocates for Individuals with
6   Disabilities, LLC ("Plaintiff") and Plaintiff's counsel, Peter Strojnik, in Maricopa
7   County Superior Court in a case entitled *Advocates for Individuals with*
8   *Disabilities, LLC v. 1639 40th Street LLC*, Case No. CV2016-090506.  The Arizona
9   Attorney General has noted the hundreds of cases filed by Plaintiff and Mr. Strojnik
10   against numerous businesses and has asked that the lawsuits all be consolidated and
11   dismissed.  This authority is attached as follows:

12

13    1.    Attached as Exhibit A is a copy of the State of Arizona' Motion to
14   Intervene as a Limited Purpose Defendant in the case of *Advocates for Individuals*
15   *with Disabilities, LLC v. 1639 40th Street LLC*, Maricopa County Superior Court,
16   Case No. CV2016-090506, filed August 24, 2016.

17

18    2.    Attached as Exhibit B is a copy of an article entitled "BREAKING:
19   Arizona Attorney General's Office filed motion to intervene on ADA lawsuits" that
20   was published in the Phoenix Business Journal on August 24, 2016.

21

22

23

24

25

26

SMRH:478991602.1                                    -2-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993

QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391

By /s/ Gregory F. Hurley
    Gregory F. Hurley

*Attorneys for Defendant HOME DEPOT USA,
INC.*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant, and mailed a copy of same to the following if non-registrants, this 25th day of August 2016:

Peter Strojnik
Strojnik P.C.
7373 E. Doubletree Ranch, Suite B-165
Scottsdale, Arizona  85258
*Attorneys for Plaintiff*

/s/Carrie Strand