# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals With Disabilities LLC, et al., <br><br>Plaintiffs, <br><br>v. <br><br>Home Depot USA Incorporated, et al., <br><br>Defendants. | No. CV-16-01002-PHX-ROS <br><br>**ORDER** |

On September 14, 2016, Plaintiff was ordered to file and submit via email a proposed scheduling order. Plaintiff filed the document but did not submit a proposed order via email to chambers as directed. Plaintiff shall consult the Electronic Case Filing Administrative Policies and Procedures Manual regarding the form of the proposed order to submit via email and submit, no later than **three days** from the date of this order, an appropriate proposed order. Failure to submit a proposed order may result in sanctions, including the dismissal of this case for failure to comply with Court orders.

Dated this 19th day of September, 2016.

Honorable Roslyn O. Silver
Senior United States District Judge