# United States District Court
### District of Arizona
### Office of the Clerk

**Brian D. Karth**
District Court Executive / Clerk Of Court
Sandra Day O'Connor U. S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118



**Michael S. O'Brien**
Chief Deputy Clerk
Evo A. DeConcini U.S. Courthouse
405 W. Congress, Suite 1500
Tucson, Arizona 85701-5010

**Debra D. Lucas**
Chief Deputy Clerk
Sandra Day O'Connor U. S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118

January 17, 2017

Clerk's Office
Maricopa County Superior Court
201 West Jefferson St.
Phoenix, AZ 85003-2205

ATTN:  Civil File Counter

RE:  REMAND TO MARICOPA COUNTY SUPERIOR COURT

District Court Case Number: CV-16-1002-PHX-ROS, CV-16-1003 CV-16-1704, and CV-16-2149

Superior Court Case Number: CV2016-092150, CV2016-092151 CV2016-006589, and CV2016-006804

Dear Clerk of Court:

Enclosed is a certified copy of the Order entered in this Court on January 17, 2017, remanding the above cases to Maricopa County Superior Court for the State of Arizona.

Sincerely,

BRIAN D. KARTH, DCE/CLERK OF COURT

S/K. Miller
Deputy Clerk

Enclosure
cc: all counsel